1  NICHOLAS F. REYES, #102114
   LAW OFFICES OF NICHOLAS F. REYES
2  1107 R STREET
   FRESNO, CA 93721
3  Telephone:  559-486-4500
   Facsimile:  559-486-4533
4  Email:  nfreyeslaw@gmail.com

5  Attorney for Defendant
   RASHAWN ALKOBADI

6

7



8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          CASE NO. 1:16-MJ-176-DAD-BAM

11                      Plaintiff,      WAIVER OF APPEARANCE
                                        AND ORDER
12  v.

13  RASHAWN ALKOBADI,

14                      Defendant.

15

16          Defendant, RASHAWN ALKOBADI, hereby waives his right to be present in person

17  in open court on this date December 12, 2016 at 12:15p.m. before the Honorable Judge

18  McAuliffe in the above-entitled court.  Defendant hereby requests the court proceed in his

19  absence and agrees that his interests will be deemed represented at future court-ordered dates

20  by presence of his attorney, NICHOLAS F. REYES.  Defendant further agrees to be present

21

22  in person in court on notice to counsel at any future court dates including trial confirmation

23  and jury trial court date, or any date specifically requiring his physical presence.

24

25  Dated: December 12 , 2016                    _____
                                                 RASHAWN ALKOBADI
26

27

28

                                    1

## ORDER

Good cause appearing.

IT IS HEREBY ORDERED that Defendant RASHAWN ALKOBADI is hereby excused from appearing at any future hearings, unless specifically ordered by this court upon notice to counsel.

Dated: 12/12/16

JUDGE BARBARA A. McAULIFFE

2