# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
AUG 02 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY __ DEPUTY CLERK

| | |
|---|---|
| United States of America vs. Rashawn Alkobadi | Case No. 1:16-CR-00176-8 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Rashawn Alkobadi___, have discussed with ___Carl Smith___, Pretrial Services Officer, modifications of my release conditions as follows:

**You must surrender your passports to the Clerk, U.S. District Court.**

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8-1-18          _____  8·1·18
Signature of Defendant    Date         Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    8/2/2018
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  8-2-18          _____
Signature of Defense Counsel   Date                 Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on ___8/2/18___.
[ ] The above modification of conditions of release is *not* ordered.

_____                    8/2/18
Signature of Judicial Officer                   Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services