| | |
|---|---|
| 1 | NICHOLAS F. REYES, #102114 |
| 2 | LAW OFFICES OF NICHOLAS F. REYES<br>1107 R STREET |
| 3 | FRESNO, CA 93721<br>Telephone:  559-486-4500 |
| 4 | Facsimile:  559-486-4533<br>Email:  nfreyeslaw@gmail.com |
| 5 | Attorney for Defendant<br>RASHAWN ALKOBADI |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-cr-00176-DAD-BAM |
| Plaintiff, | <u>STIPULATION TO CONTINUE<br>SENTENCING AND ORDER</u> |
| v. | |
| RASHAWN ALKOADI, | |
| Defendant. | |

Defendant, RASHAWN ALKOBADI, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Wednesday, November 6, 2019, at 9:30 a.m. be continued to Tuesday, February 18, 2020, at 10:00 a.m. in the courtroom for the Honorable Dale A. Drozd, District Judge.

Good cause exists for this continuance as there remain sentencing issues that need to be resolved.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 10/31/19 /s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

1

**IT IS SO STIPULATED**

Dated:10/31/19                                     /s/ Kimberly A. Sanchez
                                                   KIMBERLY A. SANCHEZ
                                                   Assistant U.S. Attorney

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for November 6, 2019, is continued until February 18, 2020, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **October 31, 2019**                       _____
                                                   UNITED STATES DISTRICT JUDGE