NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  nfreyeslaw@gmail.com

Attorney for Defendant
RASHAWN ALKOBADI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-cr-00176-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| v. | |
| RASHAWN ALKOADI, | |
| Defendant. | |

Defendant, RASHAWN ALKOBADI, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Wednesday, November 6, 2019, at 9:30 a.m. be continued to Tuesday, February 18, 2020, at 10:00 a.m. in the courtroom for the Honorable Dale A. Drozd, District Judge.

Good cause exists for this continuance as there remain sentencing issues that need to be resolved.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 10/31/19                    /s/ Nicholas F. Reyes
                                   NICHOLAS F. REYES
                                   Attorney for Defendant

1

**IT IS SO STIPULATED**

Dated: 10/31/19    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

### ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for November 6, 2019, is continued until February 18, 2020, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: __October 31, 2019__    _____
UNITED STATES DISTRICT JUDGE

2