Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
2115 Kern Street, Suite 103
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Defendant Rashwan Alkobadi

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**, | Case No.: 1:16-cr-00176-DAD-BAM |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING ON FEBRUARY 18, 2020 at 10:00 A.M. AND ORDER** |
| **Rashwan Alkobadi**, | |
| Defendant. | |

**To the parties, counsel, and the above-entitled court:**

It is hereby stipulated between the Defendant, Rashwan Alkobadi, by and through his counsel, Nicco Capozzi, and the Plaintiff, United States of America, by and through Assistant United States Attorney, Kim Sanchez, that the sentencing hearing originally scheduled for February 18, 2020 at 10:00 a.m., shall be continued to May 11, 2020 at 10:00 a.m. due to being recently retained on this case and will need more time to review; in addition counsel Capozzi is currently scheduled for trial in Fresno starting Tuesday.

**IT IS SO STIPULATED.**

Dated: February 14, 2020  /s/Nicco Capozzi
  Nicco Capozzi
  Attorney for Defendant

Dated: February 14, 2020  /s/ Kim Sanchez
  Kim Sanchez
  Attorney for the United States

- 1 -

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and in the interest of justice. Accordingly, the sentencing hearing currently scheduled for February 18, 2020 at 10:00 a.m. is continued to May 11, 2020 at 10:00 a.m. No further continuances of the sentencing in this matter will be granted absent a compelling showing of good cause.[1]

IT IS SO ORDERED.

Dated: __February 14, 2020__

_____
UNITED STATES DISTRICT JUDGE

---

[1] The stipulation states that current defense counsel was "recently retained on this case," however the docket reflects that counsel filed his notice of appearance on November 26, 2019, over two and one half months ago.