1  Nicco Capozzi (SBN 275568)
2  Law Office of Nicco Capozzi
   2115 Kern Street, Suite 103
3  Fresno, CA 93721
   Phone: (559) 374-2012
4  Fax (559) 476-5225
   nc@niccocapozzilaw.com
5
   Attorney for Defendant Rashwan Alkobadi
6

7

8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA

10
   **United States of America**,            Case No.: 1:16-cr-00176-DAD-BAM
11
              Plaintiff,
12
       vs.                                  **STIPULATION TO CONTINUE**
13                                          **SENTENCING AND ORDER**

14 **Rashwan Alkobadi**,

15            Defendant.

16

17 **To the parties, counsel, and the above-entitled court:**

18    It is hereby stipulated between the Defendant, Rashwan Alkobadi, by and through his counsel,

19 Nicco Capozzi, and the Plaintiff, United States of America, by and through Assistant United States

20 Attorney, Kim Sanchez, that the sentencing hearing originally scheduled for August 3, 2020 at 10:00

21 a.m, shall be continued to November 16, 2020 at 10:00 a.m. due to:

22    The reason for said continuance is due to counsel's inability to be able to meet with Mr. Jones in

23 person to discuss the various and complex sentencing issues relevant to this case. Mr. Jones actually

24 contracted COVID-19.  In  addition, Mr. Capozzi had a death in the family. In addition, Mr. Alkobadi

25 currently resides in New York state area and would prefer not to travel across country at this time.

26

27

28

**IT IS SO STIPULATED.**

Dated:  July 29, 2020               /s/Nicco Capozzi
                                    Nicco Capozzi
                                    Attorney for Defendant

Dated:  July 29, 2020               /s/ Kim Sanchez
                                    Kim Sanchez
                                    Attorney for the United States

## ORDER

For reasons set forth above[1], the continuance requested by the parties is granted for good cause and in the interest of justice, the sentencing hearing currently scheduled for August 3, at 10:00 a.m. is continued to November 16, 2020 at 10:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated:  **July 29, 2020**                    _Dale A. Drozd_
                                             UNITED STATES DISTRICT JUDGE

---

[1] Except the portion of the parties' stipulation referring to a defendant in another criminal case as opposed to defendant Alkobadi.