Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
2115 Kern Street, Suite 103
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Defendant Rashwan Alkobadi

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 1:16-cr-00176-DAD-BAM |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING AND ORDER** |
| **RASHWAN ALKOBADI**, | |
| Defendant. | |

**To the parties, counsel, and the above-entitled court:**

It is hereby stipulated between the Defendant, Rashwan Alkobadi, by and through his counsel, Nicco Capozzi, and the Plaintiff, United States of America, by and through Assistant United States Attorney, Kim Sanchez, that the sentencing hearing originally scheduled for November 17, 2020 at 9:00 a.m, shall be continued to January 25, 2021 at 10:00 a.m. due to:

The reason for said continuance is due to counsel's recent bout of and continuing issue dealing with a significant staph infection that has spread up counsel's left arm.

///

///

///

///

///

- 1 -

**IT IS SO STIPULATED.**

Dated:  November 12, 2020            /s/Nicco Capozzi
                                     Nicco Capozzi
                                     Attorney for Defendant

Dated:  November 12, 2020            /s/ Kim Sanchez
                                     Kim Sanchez
                                     Attorney for the United States

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and in the interest of justice, the sentencing hearing currently scheduled for November 17, 2020 at 9:00 a.m, shall be continued to January 25, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **November 13, 2020**            _____
                                          UNITED STATES DISTRICT JUDGE