1

Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
2115 Kern Street, Suite 103
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

2

3

4

5

Attorney for Defendant Rashwan Alkobadi

6

7

8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

9

10

| **United States of America**, | Case No.: 1:16-cr-00176-DAD-BAM |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING AND ORDER** |
| **RASHAWN ALKOBADI**, | |
| Defendant. | |

11

12

13

14

15

16

**To the parties, counsel, and the above-entitled court:**

17

It is hereby stipulated between the Defendant, Rashwan Alkobadi, by and through his counsel,

18

Nicco Capozzi, and the Plaintiff, United States of America, by and through Assistant United States

19

Attorney, Kim Sanchez, that the sentencing hearing scheduled for January 21, 2021 at 10:00 a.m,

20

shall be continued to April 19, 2021 at 10:00 a.m. due to avoiding unnecessary risk of Covid

21

infection related to the Defendant having to fly from New York where he resides; that Defendant

22

currently is the primary provider for his parents and family, and that Defendant recently was in

23

automobile accident, that counsel still needs to additional research, in additionally counsel Capozzi is

24

currently scheduled for trial in Tuolumne County starting next week.

25

**IT IS SO STIPULATED.**

26

Dated:  January 21, 2021            /s/Nicco Capozzi

27
                                    Nicco Capozzi
                                    Attorney for Defendant
28

1    Dated:  January 21, 2021          /s/ Kim Sanchez
2                                       Kim Sanchez
                                        Attorney for the United States
3

4

5                                    **ORDER**

6        For reasons set forth above, the continuance requested by the parties is granted for good cause

7    and in the interest of justice. The sentencing hearing currently scheduled for January 21, 2021 at

8    10:00 a.m. is continued to April 19, 2021 at 10:00 a.m.

9    IT IS SO ORDERED.

10
     Dated:   **January 21, 2021**          _____
11                                          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Sentencing