Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
2115 Kern Street, Suite 103
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Defendant Rashwan Alkobadi

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 1:16-cr-00176-DAD-BAM |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING AND ORDER** |
| **RASHWAN ALKOBADI**, | |
| Defendant. | |

**To the parties, counsel, and the above-entitled court:**

It is hereby stipulated between the Defendant, Rashwan Alkobadi, by and through his counsel, Nicco Capozzi, and the Plaintiff, United States of America, by and through Assistant United States Attorney, Kim Sanchez, that the sentencing hearing scheduled for April 20, 2021 at 9:00 a.m, shall be continued to July 12, 2021 at 10:00 a.m. This is due to counsel Capozzi having currently scheduled for trial in Fresno in *People v. Enloe* (F20903414) and in preparation for another in Merced County in *People v. Alvarez* (20CR-02663). In addition, the Defendant recently had a loss in the family that has caused his family a hardship, and the extra time will allow them to make plans.

///

///

///

**IT IS SO STIPULATED.**

Dated: April 14, 2021        /s/Nicco Capozzi
                             Nicco Capozzi
                             Attorney for Defendant

Dated: April 14, 2021        /s/ Kim Sanchez
                             Kim Sanchez
                             Attorney for the United States

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and in the interest of justice.

It is ordered that the sentencing hearing currently scheduled for April 20, 2021 at 9:00 a.m. is continued to July 12, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **April 14, 2021**                    _Dale A. Drozd_
                                               UNITED STATES DISTRICT JUDGE